**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Country Community Timberlake Village, L.P., Charles and Judith
                        Cayley, Dennis and Tiffany Dillard, Jim and Tina Dillard, Todd and
                        Samantha Downing, Kenneth and Penny Edwards, Stewart and Kelli
                        Guss, Rick and Donna Hawrylak, Leonard and Robbie Higgins, et al.
                        v. HMW Special Utility District of Harris and Montgomery Counties

Appellate case number:   01-12-00825-CV

Trial court case number:  912,608

Trial court:             County Civil Court at Law No. 1 of Harris County

It is ordered that Appellants' Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                     Acting for the Court

Panel consists of:   Chief Justice Radack and Justices Bland and Huddle

Date: July 10, 2014